■ (A) TRIBUNE COMPANY v. HAROLD DE VRIES. (2 Actions.) Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ. (B) In the Matter of SALLY LEE v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.— [In each action] Motion to dismiss appeal granted, with $10 costs.

■ (A) LUCY M. QUINTERO et al. v. SEYMOUR ROSENBLATT et al. (B) In the Matter of the Arbitration between LOUIS HERTZ et al. and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION. (C) In the Matter of JOSEPH BIKOFSKY v. CHARLES ABRAMS, as State Rent Administrator. (D) LUIS RIVERA v. 501 AMSTERDAM AVENUE, INC., et al. (E) AARON BEHR v. NEW YORK TIMES. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.— [In each action] Motion to dismiss appeal granted, with $10 costs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ELSIE ZAPATA. (B) COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK v. LEONARD WYNKOOP. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES DUCK. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ. [In each action] Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached.

## SECOND DEPARTMENT, JUNE, 1961

### (June 1, 1961)

■ In the Matter of JOHN C. KRAUSE, SR., Respondent, v. WILFRED REAPE, Appellant.— Motion by appellant to extend his time to answer the petition, pending appeal, granted to the extent of extending appellant's time until 10 days after entry of the order hereon; otherwise denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ RAYMOND G. MORAN, Respondent, v. PORT CHESTER IRON WORKS, INC., Defendant, and WILLIAM J. LONG et al., Defendants-Appellants and Third-Party Plaintiffs. CHIAPPINELLI-MARX, INC., et al., Third-Party Defendants.— In a negligence action to recover damages for personal injuries alleged to have been sustained as a result of the improper installation of a steel beam in a hospital under construction, the individual defendants appeal from an order of the Supreme Court, Dutchess County, dated January 4, 1961, granting plaintiff's motion for reargument and, on reargument, granting his motion for a preference in trial. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.